IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ASPEN DEVELOPMENT, LLC, | ) | Case No. 09-20184 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| ASPEN DEVELOPMENT, LLC, | ) | |
| R & G RENTAL, LLC, FREEDOM | ) | |
| FOODS, INC., and RICHARD F. | ) | |
| BERTAGNOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 09-2011 |
| | ) | |
| PINNACLE BANK, | ) | |
| | ) | |
| Defendant. | ) | |

FILED

10:42 am, 9/28/09

Tim J. Ellis
Clerk of Court

## ORDER DISMISSING CASE

THIS MATTER having come before the court on the Motion to Dismiss filed by the Defendant. Upon review of the record and finding that no objection or response has been filed,

IT IS ORDERED that this case is dismissed.

DATED this 28 day of September, 2009.

BY THE COURT

_____
United States Bankruptcy Judge

Service to:
Hampton Young, Jr.
Timothy Stubson